

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-16-00312-CV

Carmelita **RILEY** and Anthony J. Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez, and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file brief is hereby GRANTED. Time is extended to October 17, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court